## Amos Golden

### *v.*

## Charles M. Knox.

Appeal from the Circuit Court of the county of Rock Island; the Hon. Ira O. Wilkinson, Judge, presiding.

Messrs. Samuel Strawder, and Samuel R. Allen, for the appellant.

Mr. A. Webster, for the appellee.

Mr. Justice Breese: This case is similar in all respects to the preceding case of *Goodrich* v. *Reynolds, Wilder & Co.*, and must be decided in the same way. The judgment is affirmed.

*Judgment affirmed.*